UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

--------------------------------------------------------------------------

| | |
|---|---|
| Esteban Martinez Vazquez, | File No. 19-CV-2006 (ECT/DTS) |
| Plaintiff, | |
| v. | **THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT (FILED UNDER SEAL)** |
| TL EDINA LLC d/b/a Taco Libre, ST PAUL HOSPITALITY SYSTEMS LLC d/b/a Taco Libre, MPLS HOSPITALITY SYSTEMS LLC d/b/a Taco Libre, TL Enterprise 1 LLC d/b/a Taco Libre, Adrian Ramirez, and Diana Martinez Herrera, | |
| Defendants. | |

--------------------------------------------------------------------------

Plaintiff Esteban Martinez Vazquez and Defendants TL EDINA LLC d/b/a Taco Libre, ST PAUL HOSPITALITY SYSTEMS LLC d/b/a Taco Libre, MPLS HOSPITALITY SYSTEMS LLC d/b/a Taco Libre, TL Enterprise 1 LLC d/b/a Taco Libre, Adrian Ramirez, and Diana Martinez Herrera, by and through their attorneys, hereby move the Court for an Order granting final approval of the parties' Confidential Settlement Agreement which is attached hereto, and in the form of the Proposed Order Granting Approval of Settlement Agreement which is also attached hereto. Because the Settlement Agreement is confidential, this joint motion has been filed under seal.

Respectfully submitted,

Attorneys for Plaintiff:

Dated:  4/14/2020           *s/ Michael Gavigan*
                                            Michael Gavigan (0393053)
                                            Matthew P. Lawlyes (0396832)
                                            Wilson Law Group
                                            3019 Minnehaha Ave.
                                            Minneapolis, MN 55406
                                            (612) 436-7100
                                            mgavigan@wilsonlg.com
                                            mlawlyes@wilsonlg.com

Attorneys for Defendants:

Dated:  4/14/2020           *s/ Daniel J. Ballintine*
                                            Daniel J. Ballintine (256584)
                                            Andrew D. Moran (0392381)
                                            Larkin Hoffman Daly & Lindgren Ltd.
                                            8300 Norman Center Drive
                                            Suite 1000
                                            Minneapolis, Minnesota  55437-1060
                                            (952) 835-3800
                                            dballintine@larkinhoffman.com
                                            amoran@larkinhoffman.com