UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Esteban Martinez Vazquez,<br><br>    Plaintiff,<br><br>  v.<br><br>TL EDINA LLC d/b/a Taco Libre, ST PAUL HOSPITALITY SYSTEMS LLC d/b/a Taco Libre, MPLS HOSPITALITY SYSTEMS LLC d/b/a Taco Libre, TL Enterprise 1 LLC d/b/a Taco Libre, Adrian Ramirez, and Diana Martinez Herrera,<br><br>    Defendants. | File No. 19-CV-2006 (ECT/DTS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

The parties, through their undersigned counsel, hereby agree and stipulate that this action should be dismissed with prejudice, without an award of attorneys' fees or costs to any party.

Stipulated to:

Dated:  5/21/20

                 s/ Michael Gavigan
                 Michael Gavigan SB # 0393053
                 Matthew P. Lawlyes SB #0396832
                 Wilson Law Group
                 3019 Minnehaha Ave.
                 Minneapolis, MN 55406
                 Phone: (612) 436-7100
                 mgavigan@wilsonlg.com
                 mlawlyes@wilsonlg.com

                 *Attorneys for Plaintiff*

| | |
|---|---|
| Dated:  5/21/20 | s/ Daniel Ballintine |
| | Daniel J. Ballintine (0256584) |
| | Andrew D. Moran (0392381) |
| | Larkin Hoffman Daly & Lindgren Ltd. |
| | 8300 Norman Center Drive, Ste. 1000 |
| | Minneapolis, Minnesota 55437-1060 |
| | (952) 835-3800 |
| | dballintine@larkinhoffman.com |
| | amoran@larkinhoffman.com |

*Attorneys for Defendants*