## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Esteban Martinez Vazquez,

        Plaintiff,

v.

TL Edina LLC, d/b/a Taco Libre, St. Paul
Hospitality Systems LLC, d/b/a Taco Libre,
Mpls Hospitality Systems LLC, d/b/a Taco
Libre, TL Enterprise 1 LLC, d/b/a Taco
Libre, Adrian Ramirez, and Diana Martinez
Herrera,

        Defendants.

File No. 19-cv-2006 (ECT/DTS)

**ORDER OF DISMISSAL
WITH PREJUDICE**

---

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 52], entered into by Plaintiff and Defendants,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated:  May 22, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court